IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-251-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    DWIGHT EDMOND SAGO,**

        Defendant.

---

## ORDER

Kane, J.

The Government's Motion to Disclose Grand Jury Material to Defendant (doc. #26), filed January 8, 2009, is GRANTED. Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), the Government is hereby authorized to produce related transcripts and exhibits in this matter to the Defendant.

Dated: January 9, 2009

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        John L. Kane, Senior Judge
                                        United States District Court