IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-251-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. DWIGHT EDMOND SAGO,**

        Defendant.

# ORDER

Kane, J.

The parties submitted proposed jury instructions in this matter on January 7, 2009. I have reviewed these proposed instructions and made revisions to them. In the course of this review, I have also identified several issues to be addressed with the parties. These issues are set out on pages 25-26, 28 and 34 of the attached revised draft instructions. The parties should be prepared to address these questions at the Final Trial Preparation Conference on January 14, 2009.

The parties should also be prepared to state at the January 14 conference whether they would like a further opportunity before trial to state any objections to the current draft instructions. In considering this question, the parties should be aware that it is my practice to read the entire set of instructions to the jurors before opening arguments, and

to provide the jurors with a notebook of the instructions for their reference during the trial.

Dated this 13th day of January, 2009

BY THE COURT:

**_S/John L. Kane_**
John L. Kane, Senior Judge
United States District Court