IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 08-cr-251-JLK

**DWIGHT SAGO,**

    Petitioner/Defendant,

v.

**UNITED STATES OF AMERICA**,

    Respondent/Plaintiff..

---

ORDER

---

Kane, J.

    This case is currently before me on Petitioner/Defendant's Motion for Reduction of Term of Imprisonment (Doc. 77). Petitioner/Defendant argues that, in imposing his sentence, I relied upon an outdated version of the advisory U.S. Sentencing Guidelines as well as a pending state charge which was subsequently dismissed. These arguments are without merit.

    As the government notes, I relied upon the 2008 United States Sentencing Guidelines incorporating the 2007 changes to the crack cocaine guidelines – not the 2007 United States Sentencing Guidelines preceding these changes. Petitioner/Defendant's contrary assertion is wrong, and the adjustments suggested by Petitioner/Defendant are baseless. Furthermore, there is no basis for Petitioner/Defendant's assertion that a pending state charge enhanced his sentence under the guidelines. The Pre-Sentence Investigation Report contains no reference to this matter – most likely because it was dismissed over ten months prior to sentencing. Accordingly,

Petitioner/Defendant's motion is DENIED.

Dated: September 10, 2010

                                                              **/s/ John L. Kane**
                                                              Senior U.S. District Judge