IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 08-cr-251-JLK**

**DWIGHT SAGO,**
        Petitioner/Defendant,

v.

**UNITED STATES OF AMERICA**,
        Respondent/Plaintiff..

ORDER

**Kane, J.**

On September 10, 2010, I enterd an Order denying Petitioner/Defendant's Motion for Reduction of Term of Imprisonment (Doc. 77). This Order was also intended to deny an identical motion earlier filed by Petitioner/Defendant (Doc. 73), however I neglected to include reference to that motion in my Order. For purposes of clarification, Petitioner/Defendant's Motion for Reduction of Term of Imprisonment (Doc. 73) is DENIED for the reasons stated in my earlier Order (Doc. 81).

Dated: October 27, 2010                       BY THE COURT:

                                                    **/s/ John L. Kane**
                                                    SENIOR U.S. DISTRICT JUDGE