IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 08-cr-251-JLK**

**DWIGHT SAGO,**
        Petitioner/Defendant,

v.

**UNITED STATES OF AMERICA**,
        Respondent/Plaintiff..

---

ORDER

---

Kane, J.

      This case is currently before me on Petitioner/Defendant's Motion for Reduction of Term of Imprisonment (doc. 83) and his Motion to Appoint Counsel (doc. 84). Petitioner/Defendant's Motion for Reduction is an exact copy of a motion filed by Petitioner/Defendant on August 6, 2010 (doc. 77).  After receiving Petitioner/Defendant's earlier motion, in which he was represented by court-appointed counsel, I ordered a response by the government.  After thoroughly considering the arguments raised, I denied Petitioner/Defendant's motion.

      For the same reasons contained in my Order denying Petitioner/Defendant's earlier motion (doc. 81), Petitioner/Defendant's Motion for Reduction of Term of Imprisonment (doc. 83) is DENIED.  His Motion to Appoint Counsel (doc. 84) is DENIED AS MOOT.

Dated:  December 20, 2010            BY THE COURT:

                                                  **/s/ John L. Kane**
                                                Senior U.S. District Judge