IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 08-cr-251-JLK**

**DWIGHT SAGO,**
         Petitioner/Defendant,

v.

**UNITED STATES OF AMERICA**,
         Respondent/Plaintiff..

ORDER

This case is currently before me on Petitioner/Defendant's Motion for Reduction of Term of Imprisonment (doc. 86) and his Motion to Appoint Counsel (doc. 87). Petitioner/Defendant's Motion for Reduction is an exact copy of motions filed by Petitioner/Defendant on August 6, 2010 (doc. 77) and December 9, 2010 (docs. 84 and 85). After receiving Petitioner/Defendant's earlier motion, in which he was represented by court-appointed counsel, I ordered a response by the government. After thoroughly considering the arguments raised, I denied Petitioner/Defendant's motion.

Upon receiving the second iteration of these motions, I denied them for the same reasons contained in my Order denying Petitioner/Defendant's earlier motion (doc. 81). There has been no meaningful change warranting reconsideration. Therefore, Petitioner/Defendant's Motion for Reduction of Term of Imprisonment (doc. 86) is DENIED and his Motion to Appoint Counsel (doc. 87) is DENIED AS MOOT.

Furthermore, the counsel representing Defendant in the proceedings relating to his initial

Motion for Retroactive Application of the Sentencing Guidelines has filed a Motion to Withdraw as Attorney (doc. 88). Because there are no further matters pending in this case, this motion is GRANTED.

Dated:  March 23, 2011                                           BY THE COURT:

                                                                 **/s/ John L. Kane**
                                                                 Senior U.S. District Judge